UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| TERRY LYNN COOK | CIVIL ACTION NO. 15-107-P |
|---|---|
| VERSUS | JUDGE FOOTE |
| CAROLYN SARTIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the _16th_ day of _JULY_ 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE